ACCEPTED
01-15-00283-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 3:47:59 PM
CHRISTOPHER PRINE
CLERK

## NO.  01-15 - 00283-CV

### IN THE COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

### FIRST JUDICIAL DISTRICT
### at Houston, Texas

6/2/2015 3:47:59 PM
CHRISTOPHER A. PRINE
Clerk

### MARY OLIVE CALKINS, BY AND THROUGH AGENT-IN-FACT, RICHARD STEPHEN CALKINS,
**Appellant**
**v.**
### SHARON GARDNER AND CRAIN CATON & JAMES, P.C.
**Appellees**

### APPELLANT'S UNOPPOSED MOTION TO DISMISS THE APPEAL

**TO THE HONORABLE JUSTICES OF THE COURT:**

Comes now, MARY OLIVE CALKINS, by and through Agent-in-Fact, Richard Stephen Calkins, who respectfully moves this Court pursuant to Rule 42.1(a)(1) *Tex. R. App. Proc.,* to dismiss this appeal.  Appellees are unopposed, no briefs have been filed, the clerk's record has not been filed, and no opinion has issued.

**WHEREFORE,  PREMISES CONSIDERED**, Appellant moves the Court to dismiss the appeal.

Respectfully submitted,
*/S/ Susan C. Norman*
Susan C. Norman SBOT 15083020
P. O. Box 52518
Houston, Texas 77052
Tel.: 713-882-2066
Fax: 281-605-1822
Attorney for Appellant
Suenorman@suenormanlaw.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I called William George Shepherd, counsel for Appellees and he advised me that he is unopposed to this motion.

*/S/ Susan C. Norman*
Susan C. Norman

## CERTIFICATE OF COMPLIANCE

I hereby certify that Appellant the word count in this document is 69 words and it complies with the Texas Rules of Appellate Procedure. This motion is not a brief.

*/S/ Susan C. Norman*
Susan C. Norman

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that this document has been served on William George Shepherd, counsel for Appellees on June 2, 2015, pursuant to Rule 9.5, Texas Rules of Appellate Procedure through the electronic filing service as set forth below

William George Shepherd
Shepherd, Scott, Clawater &Houston, L.L.P.
2777 Allen Parkway 7th Floor
Houston, Texas 77019
bshepherd@sschlaw.com